UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-45183 |
|---|---|
|     DANNY JOE GRIMMETT | (Chapter 13) |
|     CHRISTINA RENA GRIMMETT | |
|                               Debtors | JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4010037**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | DANNY JOE GRIMMETT & CHRISTINA RENA GRIMMETT<br>7347 EAST HORIZON WAY<br>PRESCOTT VALLEY, AZ  86315 | 774.47 |

    /s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 4/14/2010

Certificate of Service                05-45183

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

DANNY JOE GRIMMETT
CHRISTINA RENA GRIMMETT
7347 EAST HORIZON WAY
PRESCOTT VALLEY, AZ  86315

HAROLD JARNICKI
576 MOUND CT
SUITE B
LEBANON, OH  45036

(20.1n)
B FIRST LLC
MAIL STOP 550
2101 FOURTH AVENUE SUITE 1030
SEATTLE, WA  98121

(21.1n)
KEY BANK USA NA
1270 NORTHLAND DR
SUITE 200
MENDOTA HEIGHTS, MN  55120

(22.1n)
WASHINGTON MUTUAL BANK FA
7800 N 113TH ST
MAILSTOP MWIB201
MILWAUKEE, WI  53224

(18.1n)
WELLS FARGO HOME MORTGAGE
%BANKRUPTCY MAIL MAC#X7801-014
3476 STATEVIEW BLVD
FORT MILL, SC  29715

(19.1n)
WILSHIRE CREDIT CORPORATION
BOX 8517
PORTLAND, OR  97207

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner_____        cs